UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Rehco, LLC

v.                                           Case Number: 4:21−cv−01278

Amax Group USA, LLC, et al.

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 9/1/2021

**TIME:** 02:20 PM

**TYPE OF PROCEEDING:** Initial Conference


Date:   July 28, 2021

                                                             Nathan Ochsner, Clerk